# United States Court of Appeals
## For the First Circuit

No. 19-2025

UNITED STATES OF AMERICA,

Appellee,

v.

CARLOS CONCEPCION,
a/k/a BIG PAPI, a/k/a PAPI,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 15, 2021, is amended as follows:

On page 26, line 10, replace "emerged a" with "emerged as a".